**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CONAIR CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-cv-9787 ) ) **Judge Edmond E. Chang** |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) ) **Magistrate Judge Mary M. Rowland** ) ) |
| Defendants. | ) ) ) |

**CONAIR CORPORATION'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN SECOND AMENDED SCHEDULE A, WITH THE EXCEPTION OF CERTAIN DEFENDANTS**

Plaintiff Conair Corporation ("Conair"), by its counsel, moves this Court to enter Default and Default Judgment against the Defendants identified in Second Amended Schedule A, with the exception of certain[1] Defendants. In support of this Motion, Conair submits the accompanying Memorandum.

---

[1] Conair's Motion for Entry of Default and Default Judgment does not apply to the Online Marketplace Account AOTO Electronic Co., Ltd. on line 28 of the Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account Ali-mall on line 19 of the Online Marketplace Accounts section of Second Amended Schedule A, the Defendant Domain Name cardsalor.com on line 116 of the Defendant Domain Names section of Second Amended Schedule A associated with the IP address 97.74.123.157 on line 97 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account xinjia on line 3 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account HLX Store on line 22 of the Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account $8 stores on line 70 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account Alike Flagship Store on line 64 of the Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account ST SZ CO., LTD. on line 45 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A, and the Defendant Domain Name easyjas.com on line 95 of the Defendant Domain Names section of Second Amended Schedule A.

Dated this 12th day of February 2015.     Respectfully submitted,

     /s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Conair Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to Conair's control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Lisa J. Deere that includes a link to said website.

    _/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Conair Corporation*