IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONAIR CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Case No. 14-cv-9787 |
| | ) |
| v. | ) **Judge Edmond E. Chang** |
| | ) |
| THE PARTNERSHIPS and | ) **Magistrate Judge Mary M. Rowland** |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE "A," | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JUSTIN R. GAUDIO**

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Conair Corporation ("Plaintiff" or "Conair"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to plead or otherwise defend this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated domain name and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily

domiciled in China. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

4. **Exhibit 1** is an accurate copy of unpublished decisions cited in the corresponding Memorandum in Support of Conair's Motion for Entry of Default and Default Judgment Against the Defendants Identified in Second Amended Schedule A, with the Exception of Certain[1] Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of February 2015, at Chicago, Illinois.

/s/ Justin R. Gaudio

Justin R. Gaudio
Counsel for Conair Corporation

---

[1] Conair's Motion for Entry of Default and Default Judgment does not apply to the Online Marketplace Account AOTO Electronic Co., Ltd. on line 28 of the Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account Ali-mall on line 19 of the Online Marketplace Accounts section of Second Amended Schedule A, the Defendant Domain Name cardsalor.com on line 116 of the Defendant Domain Names section of Second Amended Schedule A associated with the IP address 97.74.123.157 on line 97 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account xinjia on line 3 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account HLX Store on line 22 of the Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account $8 stores on line 70 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account Alike Flagship Store on line 64 of the Online Marketplace Accounts section of Second Amended Schedule A, the Online Marketplace Account ST SZ CO., LTD. on line 45 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A, and the Defendant Domain Name easyjas.com on line 95 of the Defendant Domain Names section of Second Amended Schedule A.